NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FAB CELLULAR LLC,**

*Appellant*

**v.**

**POPSOCKETS LLC,**

*Appellee*

---

2026-1192

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92080514.

---

### O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to pay the docketing fee required by Federal Circuit Rule 52(d) within the time permitted by the rules, it is

2                    FAB CELLULAR LLC V. POPSOCKETS LLC

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

January 30, 2026
Date

Jarrett B. Perlow
Clerk of Court